

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellants

v.

Olga **HURON** and Dianna Rico,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

## O R D E R

In this accelerated appeal, Appellant's brief was due on October 3, 2019. After the due date, Appellant filed an unopposed first motion for a thirty-day extension of time to file Appellant's brief until November 4, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on November 4, 2019. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk